UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
WASHINGTON MUTUAL BANK,

                Plaintiff,

           vs.                                   Case No. 09-Civ.-3936(ENV)(RML)

THOMAS KONTOGIANNIS, GEORGIA
KONTOGIANNIS, LISA DIPINTO a/k/a LISA
KONTOGIANNIS a/k/a LISA PALLATOS,         STIPULATION OF
ANNETTE APERGIS, ELIAS APERGIS,           DISCONTINUANCE
RODNEY BAUSSAN, CIP MORTGAGE               *WITH PREJUDICE*
CORPORATION, EDGEWATER
DEVELOPMENT, INC., GROUP KAPPA CORP.,
LORING ESTATES LLC, PARKVIEW
FINANCIAL CENTER, INC. d/b/a PARKVIEW
FINANCIAL, INC. d/b/a PARKVIEW CENTER,
INC., PLAZA REAL ESTATE HOLDINGS INC.,
HALIFAX GROUP, LLC, and JOHN DOE, as
Executor of the ESTATE OF STEFAN
DELIGIANNIS,

                Defendants.
-----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the parties that have answered or appeared therein, and pursuant to Federal Rule of Civil Procedure 41, that all claims, counterclaims, cross-claims and causes of action asserted herein by Thomas Kontogiannis, *pro se* defendant against Plaintiff, Federal Deposit Insurance Corporation, or Receiver for Washington Mutual Bank, are hereby voluntarily discontinued *with prejudice* and without costs to any party as against another party.

This Stipulation may be executed in counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same document. Facsimile signatures or signatures emailed in portable document format (PDF) shall be acceptable and deemed binding on the Parties hereto as if they were originals.

Dated: New York, New York
~~September~~ 7, 2016
October

KANTOR, DAVIDOFF, MANDELKER,
TWOMEY, GALLANTY & KESTEN, P.C.

By: _____
Alan T. Gallanty, Esq.

415 Madison Avenue, 16th Floor
New York, New York 10017
(212) 682-8383
*Attorneys for Plaintiff*

THOMAS KONTOGIANNIS
*Pro Se*

By: _____
Thomas Kontogiannis

FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Fort Dix, New Jersey 08640
*Pro Se Defendant*

2